UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
: 
UNITED STATES OF AMERICA : No. 3:01CR50(JCH)
:
v. :
:
KIRKLAND FOLKES : March 11, 2008
:
---------------------------------------------- :

**MOTION FOR REAPPOINTMENT OF COUNSEL
FOR PURPOSES OF SENTENCE MODIFICATION
DUE TO CRACK COCAINE OFFENSE LEVEL REDUCTION**

     Undersigned counsel respectfully requests that he be reappointed counsel for the defendant, KIRKLAND FOLKES, under the Criminal Justice Act for the purposes of representing him in moving the Court for a reduction of sentence based upon the changes to the crack cocaine guidelines.

     Undersigned counsel was appointed to represent the Defendant in the above matter under the Criminal Justice Act. Defendant was sentenced on December 17, 2002. He has been incarcerated in connection with this matter since a time which predates December 17, 2002. He does not have funds available to hire counsel.

     Undersigned counsel respectfully requests, therefore, that this court reappoint him for the above-stated purposes, and that said reappointment be made nunc-pro-tunc to February 12, 2008, the date when counsel was first asked to take on this matter and began taking steps on Defendant's behalf.

ORAL ARGUMENT NOT REQUESTED

        Respectfully submitted,
        DEFENDANT KIRKLAND FOLKES


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

### **CERTIFICATION**

      This is to certify that a copy hereof was mailed on March 11, 2008 to the following:

Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

 

_____
Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969