UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:01CR50(JCH) |
| v. | |
| KIRKLAND FOLKES | MARCH 18, 2008 |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter S. Jongbloed, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                      UNITED STATES ATTORNEY

                                      PETER S. JONGBLOED
                                      ASSISTANT U.S. ATTORNEY
                                      Federal Bar No. ct03192
                                      157 Church Street
                                      New Haven, Connecticut 06510
                                      Tel: 203-821-3700
                                      Fax: 203-773-5378
                                      Email: peter.jongbloed@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of March 2008, I caused a copy of the foregoing Notice of Appearance to be sent by first-class mail, postage prepaid, to the following:

Kirkland Folkes
Prisoner No. 14524-014
FCI McKean
P.O. Box 8000
Bradford, PA  16701

Raymond Lopez
Senior United States Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, Connecticut  06510


_____
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY