UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:01CR50(JCH) |
| KIRKLAND FOLKES | : | May 1, 2008 |

**GOVERNMENT'S RESPONSE TO COURT'S
ORDER REGARDING DEFENDANT'S MOTION
FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)**

  The Government files this brief submission to advise the Court that, prior to its entry of a show cause order on March 25, 2008 directing the Government to file a response as to why the defendant Kirkland Folkes's sentence should not be reduced pursuant to 18 U.S.C. § 3582(c)(2), on March 19, 2008 the Government had filed its response to the defendant's pro se motion to reduce his sentence. Government's Response (filing no. 26). As more specifically explained in its response, the Government respectfully deferred to the Court's discretion on the issue of whether to impose a lower sentence within a new range of 130 to 162 months, particularly in view of the Court having departed downward in imposing the original 151-month sentence. Government's Response at 10-11.

  Government counsel and newly reappointed counsel, Robert Sullivan, Esq., spoke on April 30, 2008. The Government respectfully submits that its position on the defendant's motion is explained in its written submission, which was forwarded to Attorney Sullivan. Government counsel understands from its discussion with Attorney Sullivan that he will be asking the Court for time to review his client's and the Government's submissions and then, if warranted, make a submission.

The Government respectfully requests that the Court consider this as the Government's response to its April 30, 2008 Order (filing no. 30) inquiring as to why no response had been filed in connection with its earlier Order to Show Cause (filing no. 27).

    Respectfully submitted,

    NORA R. DANNEHY
    ACTING UNITED STATES ATTORNEY

    /S/
    PETER S. JONGBLOED
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct03192
    23d Floor
    157 Church Street
    New Haven, Connecticut 06510
    (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, a copy of foregoing Government's Response Regarding the Court's Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. In addition, a copy is being provided to Senior United States Probation Officer Ray Lopez and is being sent by first-class mail, postage prepaid, to the following:

    Kirkland Folkes
    Prisoner No. 14524-014
    FCI McKean
    P.O. Box 8000
    Bradford, PA 16701

    /S/
    PETER S. JONGBLOED
    ASSISTANT UNITED STATES ATTORNEY