UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
                                      :
UNITED STATES OF AMERICA         :       No. 3:01CR50(JCH)
                                        :
v.                                           :
                                        :
KIRKLAND FOLKES              :       May 2, 2008
                                        :
---------------------------------------------- :

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**
**FOR APPOINTED COUNSEL TO SUBMIT SUPPLEMENTAL BRIEFING ON**
**DEFENDANT'S REQUEST FOR REDUCTION IN CRACK-BASED SENTENCE**

Defendant, by and through his undersigned counsel, respectfully requests that the court set May 16, 2008 as the date by which counsel for Defendant Folkes is to submit a supplement, if any is deemed warranted , to the filings already submitted pro se by defendant Folkes.

On April 30, 2008, undersigned counsel received from the court an order inquiring into the absence of a response to the court's Order to Show Cause in this matter. Until that time undersigned counsel had been of the impression that a filing was due from the government.

Also on April 30, 2008, undersigned counsel spoke with Peter Jongbloed, counsel for the government, who informed undersigned counsel that the government's response had already been filed.

ORAL ARGUMENT NOT REQUESTED

That date, therefore, Mr. Jongbloed and undersigned counsel initiated contact with chambers to respond to the court's inquiry.  Undersigned counsel advised chambers that counsel is reviewing the defendant's filings, the government's responses and counsel's file (which was closed quite some time ago and needed to be retrieved from storage) to determine whether additional briefing is warranted.

Undersigned counsel respectfully requests, therefore, that this court set May 16, 2008 as the date by which counsel for Defendant Folkes is to submit a supplement, if any is deemed warranted, to the filings already submitted pro se by defendant Folkes.

Respectfully submitted,
DEFENDANT KIRKLAND FOLKES


/s/ Robert J. Sullivan, Jr.
By_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, Connecticut 06880
Tel. No. 203/227-1404
Federal Bar No. CT08969

–2–

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,   Westport, CT 06880
Phone:  203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

−3−