UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------  :
                                               :
UNITED STATES OF AMERICA      :   No. 3:01CR50(JCH)
                                               :
v.                                             :
                                               :
KIRKLAND FOLKES                   :   May 14, 2008
                                               :
---------------------------------------------  :

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME FOR APPOINTED COUNSEL TO SUBMIT SUPPLEMENTAL BRIEFING ON DEFENDANT'S REQUEST FOR REDUCTION IN CRACK-BASED SENTENCE

Defendant, by and through his undersigned counsel, respectfully requests that the court set May 23, 2008 as the date by which counsel for Defendant Folkes is to submit a supplement to the filings already submitted pro se by defendant Folkes. The date currently set for the subject submission is this coming Friday, May 16, 2008. Undersigned counsel will, however, for the balance of this week, be out of state on a matter relating to a murder case exposed to the death penalty. Undersigned counsel respectfully requests, therefore, that this court extend the time for said supplemental briefing, by seven days, to May 23, 2008.

Undersigned counsel has been advised that AUSA Peter Jongbloed takes no position on this request, leaving it to the court's discretion.

ORAL ARGUMENT NOT REQUESTED

Undersigned counsel respectfully requests, therefore, that this court set May 23, 2008 as the date by which counsel for Defendant Folkes is to submit a supplement, if any is deemed warranted, to the filings already submitted pro se by defendant Folkes.

>                       Respectfully submitted,
>                       DEFENDANT KIRKLAND FOLKES
>
>                               /s/ Robert J. Sullivan, Jr.
>                       By_____
>                         Robert J. Sullivan, Jr.
>                         LAW OFFICES OF ROBERT SULLIVAN
>                         190 Main Street
>                         Westport, Connecticut 06880
>                         Tel. No. 203/227-1404
>                         Federal Bar No. CT08969

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St., Westport, CT 06880
Phone: 203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969